**IN RE: J.B., L.H., L.S., R.P. AND ON BEHALF OF ALL SIMILARLY SITUATED INDIVIDUALS**

\*     **IN THE**

\*     **COURT OF APPEALS**

**v.**

\*     **OF MARYLAND**

\*     **Misc. No. 19**

**THE HONORABLE W. TIMOTHY FINAN, et al.**

\*     **September Term, 2019**

## CORRECTED ORDER

WHEREAS, on April 3, 2020, Petitioners filed an Application for Immediate and Extraordinary Relief ("Application"); and

WHEREAS, on April 4, 2020, the Court issued an order requiring Respondents to answer the Application and invited the Maryland State's Attorneys Association and certain State agencies to file amicus briefs concerning the Application; and

WHEREAS, the Court granted requests from other interested parties to submit amicus briefs supporting or opposing the Application; and

WHEREAS, the parties and amici have filed memoranda on a very short timetable that provide useful factual information and helpful legal analyses pertinent to the Application, which the Court has considered; and

WHEREAS, the Court is cognizant that the Chief Judge will issue shortly an administrative order pursuant to the Maryland Constitution, Article IV, §18, and Maryland Rules 16-105(b) and 16-1001 *et seq.*, which will provide direction and guidance to the

Administrative Judges of the respective judicial circuits in connection with important health concerns affecting juveniles committed or detained in facilities in Maryland during the COVID-19 virus pandemic; it is this 10th day of April, 2020

**ORDERED**, by the Court of Appeals, that the Application be and is hereby DENIED.

/s/ Mary Ellen Barbera
Chief Judge

/s/ Robert N. McDonald

/s/ Shirley M. Watts

/s/ Michele D. Hotten

/s/Joseph M. Getty

/s/ Brynja M. Booth

/s/ Jonathan Biran

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk